IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP L. WRIGHT,

    Petitioner,                      No. CIV S-04-2651 LKK KJM P

    vs.

THIRD APPELLATE DISTRICT COURT,
COUNTY OF SACRAMENTO,

    Respondents.                  FINDINGS AND RECOMMENDATIONS

/

        Petitioner, a California prisoner, has filed a document seeking a "writ of mandate / prohibition." Petitioner asks that this court enter an order directing respondent to rule upon a request for collateral relief filed by petitioner concerning petitioner's criminal conviction. This court does not have jurisdiction to issue such an order.[1] Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written

---

[1] It appears that petitioner may be attempting to file a petition for writ of habeas corpus under 28 U.S.C. § 2254. If such a petition is filed, on the proper form, then the court would have jurisdiction to consider petitioner's claims.

1

objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 18, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

1
wrig2651.dis