IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP L. WRIGHT,

    Petitioner,               No. CIV S-04-2651 LKK KJM P

    vs.

THIRD APPELLATE DISTRICT COURT, et al.,

    Respondents.         ORDER
_____/

        Petitioner, a California prisoner, has filed a document titled "writ of mandate / prohibition." The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 19, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed May 19, 2005, are adopted in full; and

2. This action is dismissed.

DATED: August 10, 2005.

                    /s/Lawrence K. Karlton
                    UNITED STATES DISTRICT JUDGE

/wrig2651.800